Susan Carol **BISHOP**, Appellant,

v.

**WESTERN SURETY COMPANY; Jennifer Clark Williams; George Meyers; Greg Melton,** Appellees.

No. 05–2372.

United States Court of Appeals, Eighth Circuit.

Submitted: May 2, 2006.

Decided: May 5, 2006.

Susan Carol Bishop, Doniphan, MO, pro se.

James S. Kreamer, Baker & Sterchi, Kansas City, MO, Brian J. Massimino, Caroline M. Tinsley, Baker & Sterchi, D. Keith Henson, James J. Zych, Paule & Camazine, St. Louis, MO, for Appellees.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District

[UNPUBLISHED]

PER CURIAM.

Susan Bishop (Bishop) appeals the district court's [1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her civil complaint. Having conducted de novo review of the dismissal, and having accepted the facts in the complaint as true and construing them in Bishop's favor, *see Springdale Educ. Ass'n v. Springdale Sch. Dist.,* 133 F.3d 649, 651 (8th Cir.1998), we find the district court's analysis to be thorough and well-reasoned, and we reject Bishop's arguments for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.